ELDA H. KISSINGER, RESPONDENT, v. NORTH AMERICAN UNION LIFE ASSURANCE SOCIETY, APPELLANT.

Submitted May 29, 1931—Decided February 1, 1932.

406

408

410

For the appellant, *Charles DeF. Besore.*

For the respondent, *Edwin G. Scovel.*

Per Curiam.

The judgment appealed from will be affirmed, for the reasons expressed in the opinion of Judge Jess.

*For affirmance*—The Chief Justice, Trenchard, Parker, Campbell, Lloyd, Case, Bodine, Daly, Donges, Van Buskirk, Kays, Hetfield, Dear, Wells, Kerney, JJ. 15.

*For reversal*—None.